# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DALLAS JAMES WALKER, <br><br> Defendant. | CR 08-111-GF-BMM <br><br> **ORDER** |

This case was referred to United States Magistrate Judge John Johnston for a revocation hearing and findings and recommendations. Judge Johnston entered his findings and recommendations on August 5, 2015. Defendant admitted he had violated Standard Condition 6 of his supervised release by failing to notify his probation officer of a change in residence, he had violated Special Condition 1 of his supervised release by consuming alcohol, and he had violated Special Condition 3 of his supervised release by failing to participate in substance abuse treatment. Judge Johnston found the admissions sufficient to establish the supervised release violations. He recommended that this Court revoke Defendant's supervised release and commit him to the custody of the United States Bureau of Prisons for a term of imprisonment of seven months, with 23 months of supervised release to follow.

No objections were filed by either party. Judge Johnston's findings and recommendations are therefore reviewed for clear error. *McDonnell Douglas Corp. Commodore Bus. Mach, Inc.,* 656 F.2d 1309, 1319 (9th Cir. 1981).

This Court agrees with Judge Johnston's findings. Defendant admitted he had violated Standard Condition 6 and Special Conditions 1 and 3. Defendant could be incarcerated for up to 24 months, followed by 30 months of supervised release less any custody time imposed. The United States Sentencing Guidelines call for a term of imprisonment of three to nine months. A sentence of seven months in custody, followed by 23 months of supervised release is appropriate. The sentence is sufficient but not greater than necessary.

IT IS ORDERED that Judge Johnston's Findings and Recommendations (Doc. 57) are ADOPTED in full and Judgment shall be entered accordingly.

DATED this 31st day of August, 2015.

Brian Morris
United States District Court Judge